CLERK USDC EDWI
FILED

2022 MAY -5 P 3: 31

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Chaz Biami
_____, Petitioner,
**Full Name** *(under which you were convicted)*


551508
_____
**Prisoner Number**


Fox Lake Correctional Institution
_____
**Place of Confinement**

vs.


Warden Meisner
_____, Respondent.
**Authorized Person Having Custody of Petitioner**

Docket No. **22-C-0544**
_____
*(to be supplied by Clerk)*


## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254
## BY A PERSON IN STATE CUSTODY


**Caution:** THIS IS NOT THE FORM TO BE USED, IF YOU CLAIM THAT YOUR FEDERAL SENTENCE OR CONVICTION IS UNLAWFUL, OR IF YOU ARE A PRETRIAL DETAINEE CHALLENGING YOUR PRECONVICTION CUSTODY, A FEDERAL PRISONER CHALLENGING THE EXECUTION OF YOUR SENTENCE OR AN ACTION TAKEN BY THE BUREAU OF PRISONS, OR A PERSON IN CUSTODY CHALLENGING AN IMMIGRATION-RELATED ORDER.

Case 2:22-cv-00544-JPS     Filed 05/05/22     Page 1 of 13     Document 1

## I. SUBJECT OF THIS PETITION

A. Name and location of the state court that entered the judgment of conviction which you are challenging

Milwaukee Circuit Court, Branch 19

B. Criminal docket or case number  2016CF2689

C. Date of the judgment of conviction  04/03/2017

D. Date of sentencing  03/31/2017

E. Length of sentence  20 Years Initial Confinement and 10 Years Extended Super Vision

F. In this case, were you convicted on more than one count or of more than one crime?

☒ Yes     ☐ No

G. Identify all crimes of which you were convicted and sentenced in this case

3 Counts of Intoxicated Use of a Motor Vehicle with repeat offender enhancers. Class F felonies.

3 Counts of Recklace Injury with repeat offender enhancers. Class F felonies.

H. What was your plea? *(Check one)*

☐ Not guilty     ☒ Guilty     ☐ Insanity plea     ☒ Nolo contendere *(no contest)*

If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

N/A

I. If you went to trial, what kind of trial did you have? *(Check one)*

☐ Jury     ☐ Judge only

**SUBJECT OF THIS PETITION** - *continued*

    J.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

        ☐ Yes       ☒ No

        If yes, state the type(s) of hearing or proceeding

        _____

## II.  DIRECT STATE APPEAL OF CONVICTION

    A.  Did you appeal from the judgment of conviction?

        ☒ Yes       ☐ No

        If yes, attach the decision(s) that resolved your appeal and answer the following questions:

        1.  Date of filing appeal 01/22/2021

        2.  Grounds raised Failing to establish defendant's knowledge of the nature of his charges.

        3.  Result Affirmed

        4.  Date 12/29/20

    B.  Did you seek further review by the highest state court?

        ☒ Yes       ☐ No

        If yes, attach the decision(s) that resolved your petition for review and answer the following questions:

        1.  Date of filing of petition for review _____

        2.  Grounds raised -Due Process for not a knowingly, voluntary, and intelligenta plea.

        Assistance of Counsel.

        3.  Result Affirmed

        4.  Date _____

**DIRECT STATE APPEAL OF CONVICTION** - *continued*

    C. Did you file a petition for certiorari in the United States Supreme Court?

        ☐ Yes        ☒ No

        If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

        1. Date of filing petition for certiorari _____

        2. Grounds raised _____

        _____

        _____

        3. Result _____

        4. Date _____

## III. STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL

    A. Other than the appeals listed above in Section II, have you previously filed any other state petitions, applications, or motions concerning **this** state judgment of conviction?

        ☒ Yes        ☐ No

        If yes, attach the decision(s) that resolved your application for state post-conviction relief and answer the following questions:

        1. Name of court Wisconsin Appellate Court, District 1

        2. Docket or case number 2016CF2689

        3. Date of filing 1/22/21

        4. Type of petition, application, or motion filed Motion for reconsideration and Response to No-Merit

        5. Grounds raised Ineffective assistance of counsel and due process for not understanding the nature of charges against him.

        6. Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes        ☒ No

        7. Result Affirmed

**STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL**- *continued*

8. Date ___2/8/21_____

9. Did you appeal to the highest state court having jurisdiction over the action taken on your first state petition, application, or motion?

☒ Yes   ☐ No

B. If you filed a second petition, application, or motion, attach the decision and answer the following questions:

1. Name of court _____

2. Docket or case number _____

3. Date of filing _____

4. Type of petition, application, or motion filed _____

5. Grounds raised _____

_____

_____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

7. Result _____

8. Date _____

9. Did you appeal to the highest state court having jurisdiction over the action taken on your second state petition, application, or motion?

☐ Yes   ☐ No

_____

_____

C. If you filed a third petition, application, or motion, attach the decision and answer the following questions:

1. Name of court _____

2. Docket or case number _____

3. Date of filing _____

**STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL- *continued***

    4.  Type of petition, application or motion filed _____

    5.  Grounds raised _____

       _____

       _____

    6.  Did you receive a hearing where evidence was given on your petition, application, or motion?

       ☐ Yes    ☐ No

    7.  Result _____

    8.  Date _____

    9.  Did you appeal to the highest state court having jurisdiction over the action taken on your third state petition, application, or motion?

       ☐ Yes    ☐ No

## IV.  GROUNDS FOR RELIEF

For this petition, state **every** ground supporting your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**CAUTION:**  To proceed in the federal court, you must ordinarily first exhaust (*use up*) your available state-court remedies on each ground on which you request action by the federal court.

Ground One THE DEFENDANT RECEIVED INEFFECTIVE ASSISTANCE OF COUNCIL FOR FAILING

TO RAISE AN ISSUE OF MERIT.

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

Biami's counsel failed to raise an issue of merit by not raising the issue of a rule 11 violation as well as

Wisconsin's requirement that the plea was knowingly, intelligently, and voluntarily made. Biami's counsel

should have known to raise this clear and obvious issue of merit. This issue was stronger than the issue that

was raised or lackthereof. This constitutes deficient performance that falls below an objective standard of

## GROUNDS FOR RELIEF - *continued*

reasonableness that prejudiced the defendant. The outcome would have been different because the defendant

would have had his plea withdrawn.

_____

_____

_____

_____

_____

If you did not exhaust your state remedies on Ground One, explain why.

The appellate court affirmed my response to the no-merit report after I filed a motion for reconsideration for

my response to that report.

_____

Ground Two THE DEFENDANT'S DUE PROCESS RIGHTS WERE VIOLATED WHEN THE COURT FAILED

TO FULFILL FEDERAL RULE OF CRIMINAL PROCEDURE'S RULE 11'S REQUIREMENT.

_____

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

Biami did not understand the nature of the charges against him. The elements were never established in court

and the correct range of punishment was not given. The court recited the wrong elements for the crimes in

which he pled. Failing to know the correct range of punishment as well as the correct elements constitutes

a showing of an involuntary plea. Biami's plea was not knowingly, intelligently, or voluntarily made. Biami's

education level at the time of sentencing supports this reasoning as well.

_____

_____

_____

_____

**GROUNDS FOR RELIEF** - *continued*

_____

_____

_____

If you did not exhaust your state remedies on Ground Two, explain why.

The appellate court and supreme court affirmed Biami's motion.

_____

_____

_____

Ground Three_____

_____

_____

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you did not exhaust your state remedies on Ground Three, explain why.

_____

_____

**GROUNDS FOR RELIEF** - *continued*

Ground Four_____

_____

_____

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you did not exhaust your state remedies on Ground Four, explain why.

_____

_____

_____

## V. PRIOR FEDERAL CHALLENGES

A. Have you previously filed any type of petition, application, or motion **in a federal court** regarding the state conviction that you are challenging in this petition?

☐ Yes     ☒ No

If yes, attach the decision(s) that resolved your prior federal court challenge and answer the following questions:

1. Name of court _____

§ 2254                                  - 9 -                                  June 2013

2. Docket or case number _____

3. Date of filing _____

4. Type of petition, application, or motion filed _____

5. Grounds raised _____

_____

_____

_____

_____

_____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

7. Result _____

8. Date _____

9. Did you appeal the action taken on your first federal petition, application, or motion to a federal court of appeals?

☐ Yes   ☐ No

If yes, attach the decision(s) that resolved your appeal and answer the following questions:

a. Name of court _____

b. Docket or case number _____

c. Date of filing _____

d. Type of petition, application, or motion filed _____

e. Grounds raised _____

_____

_____

_____

Case 2:22-cv-00544-JPS     Filed 05/05/22     Page 10 of 13     Document 1

    f.  Result _____

    g.  Date _____

B.  Did you file a petition for certiorari in the United States Supreme Court?

    ☐ Yes      ☐ No

    If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

    1.  Date of filing petition for certiorari _____

    2.  Grounds raised _____

        _____

        _____

        _____

    3.  Result _____

    4.  Date _____

## VI.  REPRESENTATION

A.  Give the name and address of each attorney who represented you in the following:

    1.  At preliminary hearing  Adam Essling on behalf of Michael Steinle. _____

    2.  At arraignment and plea hearing  Michael Steinle _____

    3.  At trial  Not applicable _____

    4.  At sentencing  Michael Steinle _____

    5.  On direct appeal  Christopher Sobic _____

Case 2:22-cv-00544-JPS    Filed 05/05/22    Page 11 of 13    Document 1

**REPRESENTATION** - *continued*

6. In any state post-conviction proceeding Pro se on the no-merit response as well as the motion

   for reconsideration and petition for review.

7. On appeal from any ruling against you in a state post-conviction proceeding pro se

## VII. REQUEST FOR RELIEF

State exactly what you want the court to do for you.

I want the court to overturn my conviction and restore the original charges against myself, or a reduction of

sentence via a sentence modification. Meaning run all charges pled to concurrent!

## VIII. DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, hereby declare under penalty of perjury that the foregoing information is true and correct.

Signed this _21st_ day of _APRIL_ , 20 _22_.

_Chaze Biami_
Signature of Petitioner

_____
(Signature of lawyer, if any)

If you are signing the petition and are not the petitioner, state your relationship to the petitioner and explain why the petitioner is not signing this petition.

§ 2254

- 12 -

June 2013

## IX. CERTIFICATE OF INMATE MAILING - *Optional*

If you deposit your petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in your prison/institutional/jail mailing system and attach first-class postage pre-paid, and complete and sign this statement, you will establish the filing date as the date of deposit in that mailing system.

I, the undersigned, hereby declare under penalty of perjury that I placed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the prison/institutional/jail mailing system with prepaid, first-class postage on _____4-22-22_____.
(month, day, year)

Signed this ___21st___ day of___APRIL_____, 20_22_.

_____Chaze Biorni_____
Signature of Petitioner